UNITED STATES DISTRICT COURT

Northern District of California

PEDRO BRAMBILA,

                Plaintiff,

  v.

BAC HOME LOAN SERVICING, et al.,

                Defendants.
_____/

No. C 10-3038 MEJ

**ORDER TO SHOW CAUSE**

On July 19, 2010, the Defendants in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of September 23, 2010. (Dkt. #6.) Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by September 2, 2010; however, Plaintiff failed to file an opposition. Accordingly, the Court hereby VACATES the September 23 hearing and ORDERS Plaintiff Pedro Brambila to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by September 30, 2010, and the Court shall conduct a hearing on October 7, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 9, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge