UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| PEDRO BRAMBILA,<br><br>　　　　　Plaintiff,<br>　v.<br>BAC HOME LOANS, et al.,<br>　　　　　Defendants.<br>_____/ | No. C 10-3038 MEJ<br><br>**ORDER FOR CLERK OF COURT TO REASSIGN CASE**<br><br>**REPORT & RECOMMENDATION** |

On July 12, 2010, Plaintiff Pedro Brambila filed the above-captioned case. (Dkt. #1.) On July 19, 2010, Defendants BAC Home Loan Servicing and Reconstruct Company filed a Motion to Dismiss, with a noticed hearing date of September 23, 2010. (Dkt. #6.) Pursuant to Civil Local Rule 7, any opposition to Defendant's motion was due by September 2, 2010. Plaintiff failed to file any opposition. Further, on July 21, 2010, the Court ordered the parties to either consent or decline magistrate jurisdiction by September 2, 2010. (Dkt. #7.) Plaintiff failed to comply with this deadline as well. Based on Plaintiff's inaction, the Court vacated the motion to dismiss hearing date and ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. The Court ordered Plaintiff to file a declaration by September 30, 2010, and scheduled an order to show cause hearing on October 7, 2010. (Dkt. #12.)

On October 7, 2010, the Court held an order to show cause hearing. Plaintiff made no appearance at the hearing and failed to file a declaration. Based on this procedural history, the Court finds it appropriate to dismiss this case pursuant to Federal Rule of Civil Procedure 41(b). Under Rule 41(b), failure to comply with a court order can warrant dismissal. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). In "determining whether to dismiss a case for failure to comply with a court order, the district court must weigh five factors including '(1) the public's interest in

expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives.'" *Id.* at 1260-61 (quoting *Thompson v. Housing Auth.*, 782 F.2d 829, 831 (9th Cir. 1986)).  Here, Plaintiff failed to file an opposition to Defendants' pending motion to dismiss, failed to comply with Court orders and deadlines, failed to respond to the order to show cause, failed to make an appearance at the osc hearing, and has made no appearance in this matter since filing his complaint.  Thus, the Court finds that the *Ferdik* factors weigh in favor of dismissal.

Accordingly, because Plaintiff has yet to consent to the undersigned's jurisdiction, the Court hereby ORDERS the Clerk of Court to reassign this case to a district court judge.  The undersigned RECOMMENDS that the newly-assigned judge dismiss this case for failure to prosecute and failure to comply with the Court's deadlines and orders.

Pursuant to Federal Rule of Civil Procedure 72, any party may serve and file objections to this Report and Recommendation within 14 days after being served.

**IT IS SO ORDERED AND RECOMMENDED.**

Dated: October 7, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PEDRO BRAMBILA,

        Plaintiff,

  v.

BAC HOME LOANS,

        Defendant.

Case Number: 10-03038 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 7, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pedro Brambila
2080 Roper Circle
Brentwood, CA 9453

Dated: October 7, 2010

    Richard W. Wieking, Clerk
    By: Brenda Tolbert, Deputy Clerk

3